UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------X
NICOLE ALLENDE,

               Plaintiff,                              REPORT AND
                                               RECOMMENDATION
      -against-                            25 CV 4808 (RER)(RML)

NYS OASAS,

               Defendant.
--------------------------------------------------X

LEVY, United States Magistrate Judge:

        Plaintiff *pro se* Nicole Allende ("plaintiff") filed this case on August 28, 2025, asserting a claim for employment discrimination under the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12112 to 12117.  (See Complaint, dated Aug. 28, 2025, Dkt. No. 1.)  By order dated September 4, 2025, plaintiff was granted leave to proceed *in forma pauperis* and on October 24, 2025, defendant New York State Office of Addiction Services and Supports ("defendant") was served with the summons and complaint.  (See U.S. Marshals Service Process Receipt and Return, dated Oct. 24, 2025, Dkt. No. 9.)  To date, defendant has not answered or moved with respect to the complaint.

        By order dated January 14, 2026, plaintiff was directed to either move for entry of default, or submit a written explanation to the Court as to why she had not done so, by January 23, 2026.  (See Order, dated Jan. 14, 2026.)  The order warned that failure to comply "may result in the imposition of sanctions, including a recommendation that this case be dismissed for failure to prosecute."  (Id.)  Plaintiff did not respond, and by order dated April 9, 2026, plaintiff was advised that "the failure to move for entry of default or explain why she has not done so by May 1, 2026 will result in a recommendation of dismissal for lack of prosecution."  (See Order, dated Apr. 9, 2026.)  The order contained contact information for the Pro Se Office at the United States

Courthouse and the City Bar Justice Center's Federal Pro Se Legal Assistance Project. (Id.) To date, plaintiff has not contacted the court to express a desire to continue pursuing this matter.

Accordingly, I am constrained to recommend that this case be dismissed for lack of prosecution. Any objections to this Report and Recommendation must be filed electronically within fourteen days. Failure to file objections within the specified time waives the right to appeal the district court's order. See 28 U.S.C. § 636(b)(1); FED R. CIV. P. 72, 6(a), 6(d).

Respectfully submitted,

*Robert M. Levy*

ROBERT M. LEVY
United States Magistrate Judge

Dated: Brooklyn, New York
        June 4, 2026

2