UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
Nicole Allende,

                     Plaintiff,

       -against-

NYS OASAS,

                     Defendant.
--------------------------------------------------------------X

**ORDER ADOPTING**
**<u>REPORT & RECOMMENDATION</u>**

25-CV-04808 (RER) (RML)

**RAMÓN E. REYES, JR., District Judge:**

In a report and recommendation dated June 4, 2026, (ECF No.10 ("R&R")), Magistrate Judge Robert M. Levy recommended that the Court dismiss the case for lack of prosecution (*Id.*) Judge Levy advised the parties that they had fourteen days from the date that R&R was received to file objections. (*Id.*) To date, neither party has filed an objection to the R&R, and the time to do so has passed. *See* Fed. R. Civ. P. 72(b)(2).

Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, adopts the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). Therefore, it is ordered that the R&R is adopted in its entirety, and this action is dismissed.

The Clerk of Court is directed to close the case.

SO ORDERED.

/s/ Ramón E. Reyes, Jr.
RAMÓN E. REYES, JR.
United States District Judge

Dated: June 21, 2026
      Brooklyn, New York